## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

MARK A. PENDERGRAFT,        )
                            )
         Plaintiff,       )
                            )
v.                          )     Case No. CIV-22-985-J
                            )
OKLAHOMA ATTORNEY GENERAL'S   )
OFFICE, State of Oklahoma, et al.,   )
                            )
        Defendants.     )

## __JUDGMENT__

In accordance with the Court's order entered on this date, Plaintiff's claims against Defendant SWOSU, Defendant Oklahoma Attorney General's Office, and Defendants Ray-Morales, Coffey, Babb, and Moore, in their official capacities, and Plaintiff's Section 1983 claims against Defendants Ray-Morales, Coffey, Babb, and Moore, in their individual capacities, are DISMISSED with prejudice, and Plaintiff's state law claims against Defendants Ray-Morales, Coffey, Babb, and Moore, in their individual capacities, are DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of July, 2023.

 

_____

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE